# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148145

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CALISTRO VALINTIN VEGA,
       Plaintiff-Appellant,

v

SC: 148145
COA: 313124
Court of Claims: 10-000009-MZ

ANDREW CHARLES GILLETTE, JR.,
and STATE OF MICHIGAN,
       Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the November 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



                 Clerk

h0324